# Supreme Court of Florida

_____

No. SC13-66
_____

**ROBERT LUNDBERG,**
Petitioner,

vs.

**STATE OF FLORIDA,**
Respondent.

[June 26, 2014]

PER CURIAM.

We initially accepted review of the decision in <u>Lundberg v. State</u>, 127 So. 3d 562 (Fla. 4th DCA 2012), based on express and direct conflict. <u>See</u> art. V, § 3(b)(3), Fla. Const. Upon further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.

It is so ordered.

POLSTON, C.J., and PARIENTE, QUINCE, CANADY, LABARGA, and PERRY, JJ., concur.
LEWIS, J., dissents.

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION, AND IF FILED, DETERMINED.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

Fourth District - Case No. 4D10-4902

(St. Lucie County)

Carol Stafford Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, Florida,

for Petitioner

Pamela Jo Bondi, Attorney General, Tallahassee, Florida; Celia A. Terenzio, Senior Assistant Attorney General, and Jeanine Marie Germanowicz, Assistant Attorney General, West Palm Beach, Florida,

for Respondent